UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed,[1] stating that the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 08-3015 MMC**  Banga v. Equifax Information Services LLC, et al.
**C 09-4807 JSW**  Banga v. Equifax Information Services LLC

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**: November 3, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] Defendant Equifax Information Services LLC noticed the motion for hearing on November 6, 2009. Pursuant to Civil L.R. 7-11(c), however, such motion is "deemed submitted for immediate determination without hearing on the day after the opposition is due." Accordingly, the November 6, 2009 hearing is hereby VACATED.