1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KAMLESH BANGA, | ) Case No: CV-09-4807-JSW |
|---|---|
| Plaintiff, | ) |
| vs. | ) [PROPOSED] ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| Defendant. | ) DATE: January 29, 2010<br>TIME: 1:30 p.m.<br>COURTROOM: 11, 19th Floor |

The request of Defendant Equifax Information Services LLC's counsel to appear telephonically at the Case Management Conference scheduled for January 29, 2010, at 1:30 p.m. has been duly considered by the Court and, for good cause shown, the motion is hereby GRANTED and Equifax's counsel may appear

///
///
///
///

---

[PROPOSED] ORDER GRANTING EQUIFAX'S MOTION TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
Case No. CV-09-4807-JSW

1 | telephonically at the Case Management Conference on January 29, 2010 at 1:30
2 | p.m.
3 | **IT IS SO ORDERED.**
4 | Dated: January 21, 2010

Jeffrey S. White
United States District Judge

Counsel shall call the courtroom deputy, Jennifer Ottolini at (415) 522-4173, by no later than Wednesday, January 27, 2010 with a land line number at which they may be reached.

[PROPOSED] ORDER GRANTING EQUIFAX'S MOTION TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
Case No. CV-09-4807-JSW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES et al,

        Defendant.

        /

Case Number: CV09-04807 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: January 22, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk