# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
www.kslaw.com

Brian J. Olson
Attorney
404-215-5806
Fax: 404-572-5172
bjolson@kslaw.com

*IT IS SO ORDERED*
*/s/ James Larson*
Judge James Larson

July 28, 2010

**VIA FACSIMILE TRANSMISSION**

Honorable James Larson
United States District Court
Northern District of California
Courtroom F, 15th Floor
Facsimile: (415) 522-4021

Re: Banga v. Equifax Information Services LLC., et al.
Civil Action No. 09-cv-04807-JSW

Dear Judge Larson:

    Defendant Equifax Information Services LLC ("Equifax") respectfully requests that its lead counsel, Brian J. Olson, be permitted to appear telephonically at the Motions Hearing scheduled for August 4, 2010, at 9:30 a.m. As grounds for this motion, Equifax states that:

1. Mr. Olson's office is located in Atlanta, Georgia.

2. Mr. Olson would be required to incur considerable air fare and travel costs if he is required to appear in person at the Motions Hearing.

3. It is anticipated that the Motions Hearing will not take more than 30 minutes given the fairly straightforward issues in this *pro se* case. Mr. Olson will be fully prepared to address these issues via telephonic participation.

4. Equifax inquired of Plaintiff whether she had any objection, and she has no objection to Mr. Olson's attendance by telephone.

    **WHEREFORE**, Equifax requests that this request for telephonic attendance by Mr. Olson be granted.

Sincerely,

/S/
Brian J. Olson