Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Plaintiff in Pro Per
(707) 342-1692

**FILED**

AUG 2 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>Plaintiff,<br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br>Does 1 through 10 inclusive,<br><br>Defendant | CASE NO.: C09-04807- JSW  (JL)<br>ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE HER MOTION TO COMPEL DEFENDANT EQUIFAX INFORMATION SERVICES TO PROVIDE FURTHER RESPONSES TO SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS AND SECOND SET OF INTERROGATORIES<br>     September 8, 2010<br>Hearing Date: ~~September 1, 2010~~<br>Hearing Time: ~~9:00 a.m.~~  9:30 a.m.<br>Court Room:   F, 15th Floor<br><br>Hon. Magistrate Judge James Larson |

Plaintiff Kamlesh Banga has received a notification from the Court that her motion to compel Equifax to provide furtherer responses to her discovery request has been reset for Wednesday, September 1, 2010 at 9:00 a.m. Plaintiff respectfully brings to Court's attention that she has a conflict with this date due to her prior scheduled medical appointment. Thus, plaintiff requests the court that her motion be moved to a following week i.e. September 8, 2010 at 9:00 a.m. or another date which Court deems it convenient in accordance with its scheduling calendar. Plaintiff further brings to Court's attention that Equifax's Information Services LLC's Statement of Discovery Dispute Regarding Plaintiff's Failure to Appear For Her Noticed Deposition set on the

1 | same date should be taken off calendar because Equifax had already deposed plaintiff on Friday,
2 | July 29, 2010.

Dated: August 19, 2010                               Respectfully submitted

DATED 8/31/10



IT IS SO ORDERED
Judge James Larson

KAMLESH BANGA
Plaintiff in Pro Per