THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Brian J. Olson *(Admitted Pro Hac Vice)*
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Telephone: (404) 215-5806
Fax: (404) 572-5200
Email: BJOlson@kslaw.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

IT IS SO ORDERED
Judge James Larson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>   Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br><br>   Defendants. | Case No: 09-cv-04807-JSW<br><br>**STIPULATION RE: MOTION TO CONTINUE HEARING ON MOTION TO COMPEL** |

  Defendant Equifax Information Services LLC ("Equifax") and Plaintiff hereby file this Stipulation Re: Plaintiff's Motion to Continue Hearing on Motion to Compel as follows:

  1. The parties have stipulated to a continuance of the Hearing on Plaintiff's Motion to Compel currently set for September 8, 2010.

- 1 -
STIPULATION RE: MOTION TO CONTINUE HEARING ON MOTION TO COMPEL
09-cv-04807-JSW

2. The parties request that the Court set this Hearing on the next available Hearing date for Judge Larson, September 22, 2010.

This 1st day of September, 2010.    KING & SPALDING LLP

/s/ Brian J. Olson
Brian J. Olson
Admitted *Pro Hac Vice*
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
Phone:    404-215-5806
Fax:   404-572-5100
Email: BJOlson@kslaw.com

THOMAS P. QUINN (SBN 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax:  (949) 376-3070
Email:  tquinn@nokesquinn.com

ATTORNEYS FOR Defendant EQUIFAX INFORMATION SERVICES LLC

/s/ Kamlesh Banga
Kamlesh Banga
Plaintiff pro per
755 Britannia Drive
Vallejo, California 94591

# CERTIFICATE OF SERVICE

KAMLESH BANGA v EQUIFAX, et al, CASE NO: Case No: 09-cv-04807-JSW

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Fulton, State of Georgia, and not a party to the above-entitled cause.

On September 1st, 2010, I served a true copy of the

**STIPULATION RE: MOTION TO CONTINUE HEARING ON MOTION TO COMPEL**

[ X ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the parties listed below:

> Kamlesh Banga, Pro Se
> P.O. Box 6025
> Vallejo, CA 94591
> Tel: (707) 342-1692

[ ] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as follows:

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Brian J. Olson
BRIAN J. OLSON

Place of Mailing: Laguna Beach, California

Executed on September 1st, 2010, at Laguna Beach, California

| | |
|---|---|
| 1 | THOMAS P. QUINN (State Bar No. 132268) |
|   | NOKES & QUINN |
| 2 | 410 BROADWAY, SUITE 200 |
|   | LAGUNA BEACH, CA 92651 |
| 3 | Tel: (949) 376-3500 |
|   | Fax: (949) 376-3070 |
| 4 | Email: tquinn@nokesquinn.com |
| 5 | Brian J. Olson *(Admitted Pro Hac Vice)* |
|   | King & Spalding LLP |
| 6 | 1180 Peachtree Street NE |
| 7 | Atlanta, GA 30309 |
|   | Telephone: (404) 215-5806 |
| 8 | Fax: (404) 572-5200 |
|   | Email: BJOlson@kslaw.com |
| 9 | |
| 10 | Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC.

    Defendants.

Case No: 09-cv-04807-JSW

**[PROPOSED] ORDER GRANTING STIPULATION RE: MOTION TO CONTINUE HEARING ON MOTION TO COMPEL**

The Court having read and considered the parties' Stipulation for a continuance of the hearing on Plaintiff's Motion to Compel, and for good cause shown, it is hereby ORDERED AS FOLLOWS:

The Stipulation is GRANTED and the Hearing on Plaintiff's Motion to Compel, originally set for September 8, 2010 will be reset to September 22, 2010.

- 1 -
PROPOSED ORDER GRANTING STIPULATION RE: MOTION TO CONTINUE HEARING ON MOTION TO COMPEL
09-cv-04807-JSW

So Ordered this \_\_\_\_ of September, 2010.

The Honorable James Larson
United States Magistrate Judge

PROPOSED ORDER GRANTING STIPULATION RE: MOTION TO CONTINUE HEARING ON MOTION TO COMPEL
09-cv-04807-JSW