# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
www.kslaw.com

Brian J. Olson
Attorney
404-215-5806
Fax: 404-572-5172
bjolson@kslaw.com

September 14, 2010

Honorable James Larson
United States District Court
Northern District of California
Courtroom F, 15th Floor
Facsimile: (415) 522-4021

*IT IS SO ORDERED*
*Judge James Larson*

Re: **Banga v. Equifax Information Services LLC., et al.**
    **Civil Action No. 09-cv-04807-JSW**

Dear Judge Larson:

Defendant Equifax Information Services LLC ("Equifax") respectfully requests that its lead counsel, Brian J. Olson, be permitted to appear telephonically at the Motions Hearing scheduled for September 22, 2010, at 9:30 a.m. As grounds for this motion, Equifax states that:

1. Mr. Olson's office is located in Atlanta, Georgia.

2. Mr. Olson would be required to incur considerable air fare and travel costs if he is required to appear in person at the Motions Hearing.

3. It is anticipated that the Motions Hearing will not take more than 30 minutes given the fairly straightforward issues in this *pro se* case. Mr. Olson will be fully prepared to address these issues via telephonic participation.

WHEREFORE, Equifax requests that this request for telephonic attendance by Mr. Olson be granted.

Sincerely,

/s Brian J. Olson